# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1753
_____

Lawrence Willson

Plaintiff - Appellant

v.

City of Bel-Nor, Missouri

Defendant - Appellee

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-00003-RLW)

------

**JUDGMENT**

Before BENTON, MELLOY, and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

May 20, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans